FILED - GR
March 18, 2014 3:15 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:\_ns /\_\_\_\_\_  SCANNED BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY MICHAEL ABBRING,

    Defendant.
_____/

1:14-cr-50
Paul L. Maloney, Chief Ju(
United States District Cou

**FELONY**
**INFORMATION**

The United States Attorney charges:

### Receipt of Child Pornography

On or about February 7, 2013, in Ottawa County, in the Southern Division of the Western District of Michigan, and elsewhere,

**BRADLEY MICHAEL ABBRING**

knowingly received child pornography that was shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant received approximately 250 files of child pornography through the Internet, including, but not limited to, one or more of the visual depictions listed below by file name:

1. pthc 5yr baby cum inside(3).mpg;
2. !! new pthc sdpa private pics 13 yo daughter *[name redacted]* homemade 07.jpg;

3. (pthc frifam l) 9y 2012 avi.jpg;
4. 006-hornytoad's best cp ptn lsm pthc (109)(2).jpg;
5. 127756493339_onionib.jpg; and
6. 128730647387_onionib.jpg.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

PATRICK A. MILES, JR.
United States Attorney

Date: March 18, 2014

_/s/ Tessa K. Hessmiller_
TESSA K. HESSMILLER
Assistant United States Attorney