UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-cr-50 |
| v. | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BRADLEY MICHAEL ABBRING, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 17, 2019          /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge

1